IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**ZACHARY M. FAULKNER,**

    Plaintiff,

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY SI,** and **UNITED HEALTHCARE INSURANCE COMPANY,**

    Involuntary Plaintiffs,

    v.           **Case No. 20-CV-1295**

**US FOODS INC, TRANS-PORTE INC, ZURICH AMERICAN INSURANCE COMPANY,** and **JEAN CARLOS FLORES-RIVERA,**

    Defendants.

---

## STIPULATION AND [PROPOSED] ORDER TO DISMISS

Plaintiff and Defendants stipulate this action shall be dismissed with prejudice, including all claims which were or could have been alleged, each party shall bear its own costs, and an order may be entered without further notice under Federal Rule of Civil Procedure 41(a)(2).

| | |
|---|---|
| */s/ Andrew S. Wier* | */s/ Brian O. Watson* |
| Andrew S. Wier | Brian O. Watson |
| WI State Bar No. 1072520 | WI State Bar No. 1098661 |
| Attorney for Plaintiff | Attorney for Defendants |
| HABUSH HABUSH & ROTTIER S.C. | RILEY SAFER HOLMES & CANCILA LLP |
| 6905 Green Bay Road, Suite 201 | 70 West Madison Street., Suite 2900 |
| Kenosha, WI 53142 | Chicago, IL 60602 |
| awier@habush.com | bwatson@rshc-law.com |

    **SO ORDERED:**

                                        _____
                                        STEPHEN C. DRIES
                                        United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on July 14, 2021, these papers were filed with the Clerk of the Court for the Eastern District of Wisconsin using the CM/ECF system.

*/s/ Brian O. Watson*
Brian O. Watson
WI State Bar No. 1098661
Attorney for Defendants
Riley Safer Holmes & Cancila LLP
70 West Madison Street., Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
Fax: (312) 471-8701
bwatson@rshc-law.com